# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETPACK ENTERPRISES, LLC, et al.<br><br>Plaintiff(s)<br>v.<br><br>JETLEV, LLC, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>8:15-cv-02113-CJC-JCG<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Jetlev, LLC, et al.    ☐ Plaintiff  ☒ Defendant  ☐ Other
_Name of Party_

to substitute  Kevin W. Kirsch  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

312 Walnut Street, Suite 3200
_Street Address_

Cincinnati, OH 45202                                kkirsch@bakerlaw.com
_City, State, Zip_                                      _E-Mail Address_

513-929-3499              513-929-0303              166184
_Telephone Number_         _Fax Number_              _State Bar Number_

as attorney of record instead of Matthew G. Stein (CA Bar No. 236912) and Chad J. Brandel (CA Bar No. 256019)
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**    ☒ GRANTED    ☐ DENIED

Dated  August 3, 2016

_U. S. District Judge/U.S. Magistrate Judge_